# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-2140
_____

WALTER LEE WRIGHT,

Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS and SHEILA SZALA,

Respondents.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


April 8, 2026


PER CURIAM.

Because the trial court has ruled on Petitioner's motion for relief from judgment, the Court dismisses the petition for writ of mandamus as moot. *See Granville v. State*, 382 So. 3d 792 (Fla. 1st DCA 2024).

ROWE, M.K. THOMAS, and NORDBY, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Walter Lee Wright, pro se, Petitioner.

Marie A. Borland, Ethen R. Shapiro, and Jacob Z. Coates of Hill, Ward & Henderson, P.A., Tampa, for Respondent Sheila Szala.

No appearance for Respondent Florida Department of Corrections.